No. D–318. IN RE DISBARMENT OF KOPS. It is ordered that Floyd J. Kops, of New York, N. Y., be suspended from

the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.